**Kareemah BELL–BOSTON, Appellant**

v.

**Janelle PITTMAN, Martin Luther King Jr. Memorial Library, Appellee.**

No. 12–7121.

United States Court of Appeals, District of Columbia Circuit.

May 1, 2013.

Kareemah Bell–Boston, Washington, DC, pro se.

Donna M. Murasky, Esquire, Office of the Attorney General, District of Columbia Office of the Solicitor General, Washington, DC, for Appellee.

Before: GARLAND, Chief Judge; and HENDERSON and GRIFFITH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court

for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 16, 2012, be affirmed. The district court properly determined appellant failed to demonstrate either federal question jurisdiction, *see* 28 U.S.C. § 1331, or diversity jurisdiction, *see* 28 U.S.C. § 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.